UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ABRAM MEYER, III, | ) | CIVIL ACTION NO. 1:19-CV-706 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1)  The final decision of the Commissioner is VACATED.

(2)  This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)  Final judgment is entered in favor of Robert Abram Meyer, III.

(4)  The Clerk of Court is DIRECTED to CLOSE this case.

Date: August 7, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge